IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAYMON J. FRAZIER,

            Plaintiff,

v.

DANE COUNTY,

            Defendant.

ORDER

17-cv-572-jdp

Plaintiff Daymon J. Frazier, appearing pro se, is currently incarcerated at the Fox Lake Correctional Institution. He alleges that he was subjected to unsafe drinking water at the Dane County Jail. He has submitted a document titled "Power of Attorney," in which he states that he wishes to give a fellow inmate named Tyrone Davis Smith permission to sign his documents in this case. Dkt. 16. But signing a "power of attorney" document does not give a non-attorney the ability to represent someone else in this court. *See, e.g., Johnson v. Bank One N.A.*, 90 F. App'x 956, 957 (7th Cir. 2004). Smith is free to assist Frazier with this litigation, but he cannot sign papers on his behalf. Accordingly, IT IS ORDERED that Frazier's request to have Smith represent him, Dkt. 16, is DENIED.

Entered April 10, 2018.

                                              BY THE COURT:

                                              /s/
                                              _____
                                              JAMES D. PETERSON
                                              District Judge