IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAYMON J. FRAZIER,

    Plaintiff,

v.

DANE COUNTY JAIL,

    Defendant.

ORDER

Case No. 17-cv-572-wmc

*Pro se* plaintiff Daymon Frazier is proceeding on an Eighth Amendment claim against defendant related to alleged contaminants in the water at the Dane County Jail. On October 12, 2018, the court gave plaintiff until October 26, 2018, to file a response to defendant's motion to dismiss and motion to compel, and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #30.) That deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is now dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Daymon Frazier's claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendant's favor and close this case.

Entered this 16th day of January, 2019.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge