IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAYMON J. FRAZIER,

    Plaintiff,

  v.

Case No. 17-cv-572-wmc

DANE COUNTY JAIL,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 1/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |